IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LINDSAY,

        Plaintiff,                    No. 2:10-cv-02842 LKK KJN PS

      v.

YOLANDA FRYSON, individually and
in official capacity as Social Worker;
YUBA COUNTY CHILD PROTECTIVE
SERVICES,

        Defendants.             ORDER

_____/

        On October 21, 2010, plaintiff filed his complaint in the pending action. (Dkt. No. 1.) The court's docket does not reflect whether any defendant has been properly served.

        On November 17, 2010, defendant Yolanda Fryson filed an initial ex parte application for an extension of time to file an answer to plaintiff's complaint.[1] (Dkt. No. 4.) It appears from this request that Ms. Fryson is currently incarcerated. Although Ms. Fryson's request does not specify the length of the extension sought, it states that Ms. Fryson intended to

---

[1] Ms. Fryson's request is dated November 14, 2010. There was some delay in addressing this motion because Ms. Fryson appears to have served the United States Attorney's Office with her request, instead of filing that request with the court. Thus, there was some delay in receiving her filing and entering it on the docket.

1  effectuate service of her answer on or around November 14, 2010, or in the days immediately
2  following. The undersigned will grant Ms. Fryson's request pursuant to Eastern District Local
3  Rule 144(c) and provide her with an extension on 21 days to file and serve her answer or other
4  responsive document.
5         Accordingly, it is HEREBY ORDERED that:
6         1.   Defendant Yolanda Fryson's request for an extension of time within which
7  to file and serve her answer to plaintiff's complaint (Dkt. No. 4) is granted.
8         2.   Ms. Fryson shall file and serve her answer or other response to plaintiff's
9  complaint within 21 days of the date of this order.
10        3.   Based on information contained in Ms. Fryson's request, the Clerk of
11 Court is directed to update Ms. Fryson's address on the docket to reflect the following address:
12 **2504 Memory Lane, #202, Sacramento, CA 95825**. Ms. Fryson is advised that it is her
13 responsibility to keep the court apprised of any change of her address or telephone number. See
14 E. Dist. Local Rule 182(f).
15        IT IS SO ORDERED.
16 DATED: November 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE