IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LINDSAY,

    Plaintiff,                       No.  CIV-S-10-2842-LKK-KJN-PS

vs.

YOLANDA FRYSON, individually and
in official capacity as Social Worker, et al.,

    Defendants.                ORDER
_____/

      On July 6, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The Proposed Findings and Recommendations filed July 6, 2012, are ADOPTED.

1

2. The County of Yuba's motion to dismiss (Dkt. No. 41) is granted in part and denied in part.

3. Plaintiff's claims of fraud and negligent infliction of emotional distress are dismissed with prejudice, but only to the extent that plaintiff alleged those claims "directly" against the County. Plaintiff's claims of fraud and negligent infliction of emotional distress shall proceed as pled to the extent plaintiff alleged those claims under a respondeat superior theory of vicarious liability.

4. Plaintiff's claim for negligent supervision, hiring, and retention is dismissed with prejudice, in its entirety.

5. The County's motion to dismiss is denied in all other respects.

6. The County and Fryson shall file answers to the Third Amended Complaint, as narrowed, within 14 days from the filing of this order.

DATED: August 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2