IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LINDSAY,

    Plaintiff,                            No. 2:10-cv-2842 LKK KJN PS

    v.

YOLANDA FRYSON et al.,

    Defendants.                         <u>ORDER TO SHOW CAUSE</u>

/

        On October 25, 2012, this case was before the undersigned for a status (pretrial scheduling) conference.[1] The court's August 29, 2012 order setting status (pre-trial scheduling) conference required the parties to file status reports, or a joint status report if possible, no later than fourteen (14) days prior to the conference. (Dkt. No. 46.) Defendant Yolanda Fryson did not participate in the preparation of a joint status report, nor did she file a separate status report.

        Furthermore, on August 27, 2012, the court granted in part and denied in part defendant Yuba County's motion to dismiss plaintiff's third amended complaint, and ordered defendant Yuba County and defendant Fryson to file answers to the third amended complaint, as narrowed by the court's order, within fourteen (14) days of that order. (Dkt. No. 45.) While

---

[1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

defendant Fryson in November 2010 filed an answer to plaintiff's original complaint (dkt. no. 5), defendant Fryson has not filed an answer to the narrowed third amended complaint, as ordered by the court.  (See Dkt. No. 45.)

Although defendant Fryson is presently incarcerated and is understandably unable to personally attend a status (pre-trial scheduling) conference, that does not excuse her from filing a status report and an answer as ordered by the court.  Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Moreover, Eastern District Local Rule 183(a) provides, in part:

> Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law.  All obligations placed on "counsel" by these Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

See also King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (overruled on other grounds) ("Pro se litigants must follow the same rules of procedure that govern other litigants"); Thompson v. Housing Auth. of City of L.A., 782 F.2d 829, 831 (9th Cir. 1986) (per curiam) (stating that district courts have inherent power to control their dockets and may impose sanctions including default).

Based on defendant Fryson's failure to comply with court orders and failure to participate in the scheduling of this case, it appears that she may have abandoned her defense in this matter.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within 35 days of the date of service of this order, defendant Fryson shall file a written statement indicating whether she still intends to actively defend her interests in this matter, and if so, shall show cause why she failed to file an answer to plaintiff's third amended

complaint (as narrowed by the August 27, 2012 order) and failed to file a status report for purposes of the status (pre-trial scheduling) conference.

   2. Within 35 days of the date of service of this order, defendant Fryson shall also file an answer to plaintiff's third amended complaint (as narrowed by the August 27, 2012 order). The document shall be captioned "Defendant Fryson's Answer to Plaintiff's Narrowed Third Amended Complaint."

   3. Failure to file the required written statement and answer shall constitute grounds, *and defendant Fryson's consent*, to strike defendant Fryson's original answer and entertain a motion for default judgment against defendant Fryson from plaintiff.

   IT IS SO ORDERED.

DATED: October 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE