IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LINDSAY,

      Plaintiff,                     No. 2:10-cv-2842 LKK KJN PS

     v.

YOLANDA FRYSON et al.,

      Defendants.              <u>ORDER</u>

/

        On October 25, 2012, this case was before the undersigned for a status (pretrial scheduling) conference.[1] The court's August 29, 2012 order setting status (pre-trial scheduling) conference required the parties to file status reports, or a joint status report if possible, no later than fourteen (14) days prior to the conference. (Dkt. No. 46.) Defendant Yolanda Fryson did not participate in the preparation of a joint status report, nor did she file a separate status report.

        Furthermore, on August 27, 2012, the court granted in part and denied in part defendant Yuba County's motion to dismiss plaintiff's third amended complaint, and ordered defendant Yuba County and defendant Fryson to file answers to the third amended complaint, as narrowed by the court's order, within fourteen (14) days of that order. (Dkt. No. 45.) While

---

   [1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  defendant Fryson in November 2010 filed an answer to plaintiff's original complaint (dkt. no. 5),
2  defendant Fryson did not file an answer to the narrowed third amended complaint, as ordered by
3  the court.  (See Dkt. No. 45.)

4         Although defendant Fryson is incarcerated and understandably unable to
5  personally attend a status conference, defendant Fryson's incarceration did not excuse her from
6  filing a status report and an answer as ordered by the court.  Accordingly, on October 29, 2012,
7  the court issued an order to show cause ("OSC") requiring defendant Fryson, within 35 days of
8  the date of service of that order to: (1) file a written statement indicating whether she still intends
9  to actively defend her interests in this matter, and if so, to show cause why she failed to file an
10 answer to plaintiff's narrowed third amended complaint and failed to file a status report for
11 purposes of the status conference; and (2) file an answer to plaintiff's narrowed third amended
12 complaint.  (Dkt. No. 51.)

13        Subsequently, on November 20, 2012, defendant Fryson filed an answer to
14 plaintiff's narrowed third amended complaint.  (Dkt. No. 56.)  Defendant Fryson also filed a
15 written statement asserting that she still intends to actively defend her interests in this litigation.
16 (Dkt. No. 55.)  She apologized for her failures, explaining that she was "at the mercy of others"
17 to forward her any mail from her home address, and that she did not receive notice of the above-
18 mentioned court orders until they were brought to her attention over the telephone on November
19 2, 2012.  (Id.)  Upon receiving the actual orders on November 7, 2012, she prepared an answer
20 and written response to the court's OSC.  (Id.)  Defendant Fryson further requests that the court
21 send any orders or correspondence to her address at the California Institution for Women.  (Id.)

22        In light of the above showing, the court finds it appropriate to discharge the OSC.
23 However, defendant Fryson is cautioned that any future failure to comply with the Local Rules,
24 the Federal Rules of Civil Procedure, and the court's orders/deadlines, may result in the
25 imposition of appropriate sanctions, including the striking of her answer and entry of default.
26 Furthermore, defendant Fryson is also advised that it is her duty to keep the court informed of her

current address at all times, and service of the court's orders at the address on record will be deemed effective absent the filing of a notice of change of address.  In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause directed to defendant Fryson (dkt. no. 51) is DISCHARGED.

2. Defendant Fryson's answer to plaintiff's narrowed third amended complaint (dkt. no. 56) is DEEMED FILED.

3. The Clerk of Court shall change defendant Fryson's address of record to: Yolanda Fryson, WA9001, CIW HB710L, P.O. Box 8100, Corona, CA 92878-8100.

4. The Clerk of Court shall send a copy of the court's status (pre-trial scheduling) order (dkt. no. 50) to defendant Fryson at her new address of record.

IT IS SO ORDERED.

DATED:  November 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE