1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER LINDSAY,              No.  CIV. S-10-2842 LKK/KJN

12              Plaintiff,

13        v.                           **ORDER**

14   YOLANDA FRYSON, et al.,

15              Defendants.

16

17        Pending before the court in the above-captioned case are

18   (i) defendant's motion for summary judgment, or in the

19   alternative, partial summary judgment, currently set for hearing

20   on November 4, 2013, and (ii) a status conference, currently

21   scheduled for November 18, 2013 at 2:30 p.m. (ECF Nos. 68, 69.)

22   For administrative reasons, the court will continue both matters

23   to the dates set forth below.

24        In addition, the court notes that the docket entries 61, 63,

25   64, 67, and 69, all sent by the court to *pro se* defendant Yolanda

26   Fryson, have been returned as undeliverable. From consulting the

27   California Department of Corrections & Rehabilitation's inmate

28   locator website, it appears that Fryson is currently incarcerated

1

1   at Folsom State Prison, and has failed to update the court as to

2   her current address.

3       In light of the foregoing, the court hereby orders as

4   follows:

5       [1] The hearing on the summary judgment motion is CONTINUED

6       until November 18, 2013 at 10:00 a.m. The deadline for

7       defendant to file a reply, if any, to plaintiff's opposition

8       (October 28, 2013) is unchanged.

9

10      [2] The status conference is CONTINUED until December 9,

11      2013 at 2:30 p.m. Status reports are due no later than

12      fourteen (14) days before this date. In his status report,

13      plaintiff should address (a) his readiness to proceed to

14      trial pursuant to the scheduling order issued by the

15      Magistrate Judge (ECF No. 50) in light of his recent

16      retention of counsel, and (b) his views on the best manner

17      of proceeding against defendant Yolanda Fryson, given her

18      incarcerated status.

19

20      [3] The Clerk of the Court is DIRECTED to mail a copy of

21      this order, as well as docket entries 61, 63, 64, 67, and

22      69, to Yolanda Fryson WA 9001, c/o Folsom State Prison, P.O.

23      Box 715071, Represa, CA 95671. Upon receipt of this order,

24      defendant Fryson is DIRECTED to update her current address

25      with the Clerk of the Court.

26      IT IS SO ORDERED.

27      DATED:   October 22, 2013.

28                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT