UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LINDSAY,<br><br>        Plaintiff,<br><br>  v.<br><br>YOLANDA FRYSON, et al.,<br><br>        Defendants. | No.  CIV. S-10-2842 LKK/KJN<br><br><br>**ORDER** |

    Pending before the court in the above-captioned case are (i) defendant's motion for summary judgment, or in the alternative, partial summary judgment, currently set for hearing on November 4, 2013, and (ii) a status conference, currently scheduled for November 18, 2013 at 2:30 p.m. (ECF Nos. 68, 69.) For administrative reasons, the court will continue both matters to the dates set forth below.

    In addition, the court notes that the docket entries 61, 63, 64, 67, and 69, all sent by the court to *pro se* defendant Yolanda Fryson, have been returned as undeliverable. From consulting the California Department of Corrections & Rehabilitation's inmate locator website, it appears that Fryson is currently incarcerated

at Folsom State Prison, and has failed to update the court as to her current address.

In light of the foregoing, the court hereby orders as follows:

[1] The hearing on the summary judgment motion is CONTINUED until November 18, 2013 at 10:00 a.m. The deadline for defendant to file a reply, if any, to plaintiff's opposition (October 28, 2013) is unchanged.

[2] The status conference is CONTINUED until December 9, 2013 at 2:30 p.m. Status reports are due no later than fourteen (14) days before this date. In his status report, plaintiff should address (a) his readiness to proceed to trial pursuant to the scheduling order issued by the Magistrate Judge (ECF No. 50) in light of his recent retention of counsel, and (b) his views on the best manner of proceeding against defendant Yolanda Fryson, given her incarcerated status.

[3] The Clerk of the Court is DIRECTED to mail a copy of this order, as well as docket entries 61, 63, 64, 67, and 69, to Yolanda Fryson WA 9001, c/o Folsom State Prison, P.O. Box 715071, Represa, CA 95671. Upon receipt of this order, defendant Fryson is DIRECTED to update her current address with the Clerk of the Court.

IT IS SO ORDERED.

DATED: October 22, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT