UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER LINDSAY, | No.  CIV. S-10-2842 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| YOLANDA FRYSON, et al., | |
| Defendants. | |

Plaintiff has filed an appeal of the court's order dismissing defendant Yuba County from the case.  Accordingly, all dates and deadlines in this matter are hereby **VACATED** pending resolution of the appeal, and except for the appeal, are stayed.

Plaintiff shall notify the court of the disposition of the appeal within seven (7) days of its occurrence.

IT IS SO ORDERED.

DATED:  January 6, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1