UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LINDSAY,<br><br>        Plaintiff,<br><br>   v.<br><br>YOLANDA FRYSON, et al.,<br><br>        Defendants. | No.  CIV. S-10-2842 LKK/KJN<br><br><br>**ORDER** |

The Ninth Circuit has dismissed plaintiff's appeal of this court's dismissal of Yuba County as a defendant (ECF No. 85), allowing the remainder of the case to proceed.

As previously noted, Fryson, the sole remaining defendant, has answered the Third Amendment Complaint. See ECF No. 56 (Answer dated November 20, 2012). It appears from Fryson's most recent filing that she is incarcerated in the California state prison system, and is not represented by counsel. See ECF No. 74 (Notice of Change of Address dated October 29, 2013).

Pursuant to the Status (Pretrial Scheduling) Order ("PTO"), discovery and motion practice in this case is ended. See ECF No. 50 (Order dated October 29, 2012). Accordingly, the dates

1

previously vacated in this case are hereby re-scheduled as set forth below.

    a. Final Pretrial Conference: September 15, 2014 at 2:30 p.m., in Chambers. The parties shall comply with Local Rules 281 and 282, and the Status (Pretrial Scheduling) Order (ECF No. 50), in preparing for this conference, and in submitting their Final Pretrial Conference statements, and their witness and exhibit lists.

However, if the parties' Final Pretrial Conference statements reflect that one or both parties are not represented by counsel, the Final Pretrial Conference will be vacated, and the Final Pretrial Order will be based upon the papers.

    b. A court trial before the undersigned shall commence on December 9, 2014 at 10:30 a.m., in Courtroom No. 4. Neither party having demanded a jury trial, and the time for doing so having passed, <u>see</u> Fed. R. Civ. P. 38(b)(1), the matter will be tried to the court without a jury.

IT IS SO ORDERED.

DATED: February 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT