UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LINDSAY,<br><br>          Plaintiff,<br><br>     v.<br><br>YOLANDA FRYSON, et al.,<br><br>          Defendants. | No.  CIV. S-10-2842 LKK/KJN<br><br><br><br>**ORDER** |

Defendant Yuba County has submitted a Bill of Costs.  To date, plaintiff has not filed objections.  Plaintiff shall, within seven (7) days of this order, file specific objections pursuant to E.D. Cal. R. 292(c), or notify the court that he does not object to the Bill of Costs.

IT IS SO ORDERED.

DATED:  March 11, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1