UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Lindsay,<br><br>   Plaintiff,<br><br>  v.<br><br>Yolanda Fryson,<br><br>   Defendant. | No.  2:10-cv-02842-KJM-KJN<br><br><br>ORDER |

   A final pretrial conference in this case is currently set for October 30, 2014 at 3:30pm.  ECF No. 92.  A bench trial in this case is set for December 8, 2014 at 9:00am.  *Id.*  The defendant is not represented in this matter.  She would therefore be required to attend the final pretrial conference.

   On February 26, 2014, the then-assigned judge issued an order and noted defendant Fryson appeared to be incarcerated in the California state prison system.  Order at 1, ECF No. 86.  On October 14, 2014, the defendant notified the court of a change of address to

1

P.O. Box 340174, Sacramento, CA 95834. ECF No. 94. The court has been unable to confirm whether the defendant remains incarcerated.

If the defendant is incarcerated, the court may be required to issue a writ of *habeas corpus ad testificandum* or *ad subjiciendum* to require the California Department of Corrections and Rehabilitation to allow her to attend the final pretrial conference and trial. For this reason, the court orders as follows:

1. The final pretrial conference is VACATED.

2. The defendant is ORDERED to notify the court within fourteen days whether she is incarcerated and whether she will require a writ of *habeas corpus* to attend the trial or any rescheduled pretrial conference. If the defendant does not so notify the court, the court will enter default judgment in favor of the plaintiff.

IT IS SO ORDERED.

DATED: October 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

2