UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LINDSAY,

          Plaintiff,

    v.

YOLANDA FRYSON,

          Defendant.

No. 2:10-cv-02842-KJM-KJN

ORDER APPOINTING COUNSEL

      The bench trial in this case was set for on December 8, 2014.  On November 11, 2014, the court vacated the trial date and referred this case to the court's pro bono coordinator to inquire whether a member of the court's pro bono panel would be willing to represent Defendant Fryson without charge.  ECF No. 99.  Brian K. Wanerman is willing to represent defendant and has communicated to the pro bono coordinator that he would accepted a pro bono appointment in this case.

      Accordingly, IT IS HEREBY ORDERED that:

1. Brian K. Wanerman is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at
      spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

1

3.  The Clerk of the Court is directed to serve a copy of this order upon Brian K. Wanerman, Law Office of Brian K. Wanerman, 1023 H Street, Suite B5, Sacramento, CA 95814, and a courtesy copy of this order on defendant Fryson.

4.  The court will set a new final pretrial conference in the near future after consulting with all counsel.

DATED:  November 18, 2014.

_____
UNITED STATES DISTRICT JUDGE

2