1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER LINDSAY,                          No.  2:10-cv-2842-KJM-KJN PS

12                  Plaintiff,

13          v.                                      ORDER AND

14   YOLANDA FRYSON,                                ORDER TO SHOW CAUSE

15                  Defendant.

16

17          On April 7, 2015, the district judge issued an order setting a settlement conference before

18   the undersigned on May 15, 2015, at 9:00 a.m.  (ECF No. 108.)  Local Rule 270 provides, in part,

19   that:  "In actions in which the United States is not a party, and unless specifically permitted

20   otherwise by the Judge or Magistrate Judge conducting the settlement conference, counsel shall

21   be accompanied in person by a person capable of disposition, or shall be fully authorized to settle

22   the matter at the settlement conference on any terms."  E.D. Cal. L.R. 270(f)(1).  At the May 15,

23   2015 settlement conference, plaintiff Christopher Lindsay appeared representing himself, and

24   attorney Brian Wanerman appeared on behalf of defendant Yolanda Fryson.  (ECF No. 112.)

25   However, without permission of the court, defendant Yolanda Fryson failed to appear at the

26   settlement conference, and Mr. Wanerman was not fully authorized to settle the matter at the

27   settlement conference on any terms.  (Id.)  Mr. Wanerman represented to the court that he had

28   informed defendant of the date and time of the settlement conference, but that there may have

1

been some confusion as to whether defendant was told that her appearance was mandatory or would merely be to her benefit.

Accordingly, and for the reasons discussed on the record at the settlement conference proceedings, IT IS HEREBY ORDERED that:

1. No later than May 22, 2015, defendant shall show cause in writing why she should not be sanctioned for failure to appear at the court-ordered settlement conference.  As part of the response to the order to show cause, defendant herself shall file a declaration under penalty of perjury addressing the following issues:  (a) her reasons for failure to appear at the settlement conference, (b) whether she is presently employed and whether she was working on the date of the settlement conference, and (c) her present living arrangements (i.e., whether she owns a home, rents, or lives with others).

2. Defendant's counsel is cautioned that the court may impose monetary sanctions against counsel if defendant's reason for failing to appear is that defendant's counsel told her that her appearance was not mandatory.

3. No later than May 29, 2015, plaintiff may, but need not, file a reply to defendant's response to the order to show cause.  In such reply, plaintiff may include a discussion of any costs and expenses, including time off work, plaintiff may have incurred related to defendant's failure to appear at the settlement conference.

4. No later than May 29, 2015, plaintiff shall file a brief statement indicating whether he still wishes to pursue the case or whether he has reached an agreement with defendant to dismiss the case with each side to pay its own costs and attorneys' fees.

5. Upon resolution of the order to show cause, a potential further settlement conference may be scheduled, if necessary.

IT IS SO ORDERED.

Dated:  May 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE